# Order

Michigan Supreme Court
Lansing, Michigan

October 5, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155425

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 155425
                                      COA: 336153

ANTONIO ANDERSON,
                                      Oakland CC: 2015-256561-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 26, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017                     

s0928                                                   Clerk